USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/26/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
KENNIA Y. GARCES,

                         Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

                         Defendant.
-------------------------------------------------------------X

1:19-CV-10732 (GHW)

ORDER

GREGORY H. WOODS, United States District Judge:

On December 9, 2019 the Court directed the parties to confer as to whether they consent to proceeding before the assigned Magistrate Judge, and to submit either an executed consent form or a joint letter no later than December 23, 2019. Dkt. No. 10. Neither document has been submitted. Accordingly, the parties are directed to comply with the Court's December 9, 2019 order forthwith, and in no event later than January 2, 2020.

The Clerk of Court is directed to send a copy of this order to Plaintiff by first class and certified mail.

SO ORDERED.

Dated: December 26, 2019
        New York, New York

                                                    GREGORY H. WOODS
                                                 United States District Judge