**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
KENNIA Y. GARCES,

                Plaintiff,                              19 **CIVIL** 10732 (DF)

      -against-                                     **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Memorandum and Order dated March 29, 2021, Defendant's motion for judgment on the pleadings is denied, and this case is remanded for further administrative proceedings, with instructions to the ALJ: as further set forth herein. If Plaintiff does not have access to the cases cited herein that are reported only on Westlaw, she may request copies from Defendant's counsel. See Local Civ. R. 7.2 ("Upon request, counsel shall provide the pro se litigant with copies of [cases and other authorities that are unpublished or reported exclusively on computerized databases that are] cited in a decision of the Court and were not previously cited by any party"). Judgment is entered in Plaintiff's favor and the case is remanded.

**Dated:**  New York, New York
           March 29, 2021

                                                                **RUBY J. KRAJICK**

                                                                  **Clerk of Court**

                                    **BY:**    *K. Mango*

                                                                  **Deputy Clerk**